**Rodney L. SWEARENGIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73743.**

Missouri Court of Appeals, Western District.

July 10, 2012.

Frederick J. Ernst, Kansas City, MO, for appellant.

Shaun J. Mackelprang and John W. Grantham, Jefferson City, MO, for respondent.

Before Division Three: THOMAS H. NEWTON, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

#### ORDER

PER CURIAM:

Rodney Swearengin appeals the circuit court's judgment denying his motion for post-conviction relief. Swearengin entered an *Alford* plea [1] to one count of Attempted Sexual Misconduct Involving a Child Under the Age of Fourteen, Section 566.083 (RSMo 2000), and was sentenced to four years in prison.

---

1. *North Carolina v. Alford,* 400 U.S. 25, 91 S.Ct. 160, 27 L.Ed.2d 162 (1970).

Because the findings of fact and conclusions of law of the motion court, which denied Swearengin's post-conviction relief motion, are not clearly erroneous, we affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.